IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-CR-150-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HERBERT ANTHONY SLOAN, | ) | |
| | ) | |
| Defendant. | ) | |

The court will hold a hearing on the defendant's motion to suppress [D.E. 32] on Wednesday, September 23, 2020, at 1:00 p.m. in courtroom one of the Terry Sanford Federal Building, 310 New Bern Avenue, Raleigh, North Carolina.

SO ORDERED. This 11 day of September 2020.

JAMES C. DEVER III
United States District Judge