IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-CR-150-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| HERBERT ANTHONY SLOAN, ) | |
| ) | |
| Defendant. ) | |

On September 29, 2020, the court held a hearing concerning defendant's motion to suppress [D.E. 32]. At the end of the hearing, the court announced its findings of fact and conclusions of law. As discussed in open court, the court DENIES defendant's motion to suppress [D.E. 32].

SO ORDERED. This 29 day of September 2020.

JAMES C. DEVER III
United States District Judge