IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-CR-150-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| HERBERT ANTHONY SLOAN, | ) | |
| | ) | |
| Defendant. | ) | |

On May 5, 2021, Herbert Anthony Sloan ("Sloan"), appearing pro se, filed a motion for a copy of the suppression hearing transcript in his case [D.E. 77]. Although a court reporter transcribed the suppression hearing, the court reporter did not prepare a transcript. No one ordered one.

"An indigent is not entitled to a transcript at government expense without a showing of need, merely to comb the record in the hope of discovering some flaw." United States v. Shoaf, 341 F.2d 832, 833-34 (4th Cir. 1964). Attorney Scott Wilkinson represents Sloan and has not requested a transcript. Sloan has failed to show a particularized need for the transcript. To the extent Sloan's motion could be construed as motion to obtain transcripts without charge, the motion [D.E. 77] is DENIED.

SO ORDERED. This 7 day of June 2021.

JAMES C. DEVER III
United States District Judge